# EXHIBIT 1

 **Amanda Stewart**
Aug 1, 2022 · 🌐

Get ready... 7pm tonight for our 2022 Back to School Fiesta teacher and college drawing.  Join me at 7pm. Congratulations to Ms. Owens for being our first teacher on Saturday. She won her teacher kit!!



👍❤️ 17                    4 comments  1 share

 Like                     Share

 **Amanda Stewart**
Aug 3, 2022 · 🌐

A wonderful night. Last night **Alvin Stewart** and I celebrated Natio... See more




👍 Like                    ↗ Share

---

 **Amanda Stewart**
Jul 17, 2022 · 🌐

Save the Date. My 8th annual Back to School Vista, July 30, 2022 Regency Furniture Stadium.

Learning ✔️Fun ✔️Giveaways ✔️ Join Commissioner Stewart for her annual "Back-to-School" Community Fiesta on Sat, July 30, 9 a.m.- noon at Regency Furniture Stadium 🍎✏️🎒 More info: https://bit.ly/3NMMv2w. #BacktoSchoolFiesta



👍❤️🥹 13                    2 shares

 
 **Amanda Stewart** ▶
**Commissioner Stewart's Fall
Town Hall Meeting**

Oct 18, 2022 · 🌐

Are you ready to lend your voice.  Meet me on October 24, 2022 at 6:00 pm (Waldorf Senior and Recreational Center) to discuss your ideas about having a sports complex in Charles County.  I need to hear from you.  Please share with your neighbors.  I look forward to seeing you on the 24th.

Submit questions and concerns in advance to StewartEvents@charlescountymd.gov




 **Augustus Proctor** is with **Gilbert Bowling** and **5 others** at **Charles County Government**.

Sep 13, 2022 · 🌐

This morning, our Charles County Commissioners issued a proclamation, declaring Friday, September 23rd, as Law Enforcement Torch Run for Special Olympics Maryland Day, here in Charles County. This proclamation also allows all Charles County Government employees who purchase the 2022 Torch Run tee shirts, to attend our Torch Run or to wear them to work on the 23rd, in support of our Torch Run. Thank you to our County Commissioners for their continued support!! **#EndlessPossibilities #CharlesCountyTorchRun #LETR #SpecialOlympicsMaryland**

 

 **Amanda Stewart** ⋯
Sep 13, 2022 · 🌐

Wednesday, September 14, 2022

Public Hearing: Preliminary 2023 Legislative Proposals

NOTICE OF PUBLIC HEARING

The County Commissioners of Charles County, Maryland will conduct a Public Hearing on Wednesday, September 14, 2022, at 6:00 p.m. to consider Charles County Preliminary 2023 State Legislative Proposals.

The Charles County Commissioners sought proposals from members of the public interested in submitting a legislative proposal or suggestion for revision or amendment to an existing Maryland law.

The Charles County Preliminary 2023 State Legislative Proposal package is available for public review on the Charles County website at
**https://www.charlescountymd.gov**

 
 **Amanda Stewart**

Dec 13, 2022 ·

I am just going to leave this here so you can watch!!!

*i*

reflect-charlescountymd.cablecast.tv

**Board of County Commissioners: December 13, 2022**

 33                    17 comments  11 shares



**Amanda Stewart**
Aug 22, 2022 · 🌐

Please be advised that Pinefield road (westbound lanes) is to close for emergency drainage system repairs between Michael Road and Lucy Drive Intersections starting on or about tomorrow, August 23, 2022, and will reopen on or about September 23, 2022. The completion date is subject to change and may be postponed due to weather or other circumstances that will create construction delays.




PINEFIELD ROAD (WESTBOUND LANES) TO CLOSE FOR EMERGENCY DRAINAGE SYSTEM REPAIRS BETWEEN MICHAEL ROAD AND LUCY DRIVE INTERSECTIONS

The Charles County Department of Planning and Growth Management announces that a portion of westbound Pinefield Road will be closed to all through traffic on or about August 23, 2022, and will re-open on or about September 23, 2022.

The westbound lanes of Pinefield Road will be closed between the Michael Road and Lucy Drive intersections.

Signs will be posted notifying the public of the closure and detour routes.

The closure may be postponed and/or extended if weather or other conditions create construction delays.

For more information, please contact Brian Kagarise, P.E., Acting Program Manager, Department of Public Works-Capital Services Division, at 301-645-0729.

👍 5                    1 share

 Like         Share

---



**Amanda Stewart** is with **Alvin Stewart** and **Katie Rose** at **Grille No. 13**.
May 28, 2022 · 🌐

Today is the day...Can't wait to see you all

|||        ○        <

 
 **Amanda Stewart**
Oct 24, 2022 · 🌐

Town Hall Meeting

Are you ready to lend your voice.  Meet me this evening,  October 24, 2022 at 6:00 pm (Waldorf Senior and Recreational Center) to discuss your ideas about having a sports complex in Charles County.  I need to hear from you.  Please share with your neighbors.  I look forward to seeing you on the 24th.

Submit questions and concerns in advance to StewartEvents@charlescountymd.gov



Mon, Oct 24, 2022
**Commissioner Amanda M. Stewart, M.Ed. (District 3) ...**

⭐ **Interested**

 **Amanda Stewart**     •••
Sep 12, 2023 · 🌐

Great News!

Back in 2020, I requested that staff work with MDOT to investigate issues with the turning movements on MD 228 at Festival Way, to remove the "permissive phase" of the left turns from MD 228 into the shopping centers. The permissive phase of the left turns mean the "green arrow" goes away, and drivers are allowed to use their judgement to choose when to cross on-coming traffic.

In 2020, I was told that because of traffic pattern changes due to the pandemic, MDOT would hold off in studying the issue.

I know I am not the only person who has seen multiple accidents at this intersection.  Well the great news is that MDOT-State Highway Administration has completed their analysis and my request has been approved.  It will take 12-18 months to complete this change. The change will help to improve the safety on the intersection


 **Amanda Stewart**
Jan 25, 2023 · 🌐

"I'm very grateful that the judge listened to all of the parties and really weighed heavily on the June 9, 2020, report from the investigation, and moving forward we have to protect our employees, not just one but all employees,"

 **Southern Maryland News** · Follow
Jan 25, 2023 · 🌐

A judge has placed a temporary restraining order preventing... See more



somdnews.com
**Temporary order granted against censured Charles commissioner**

👍 8                                    3 comments

 
 **Augustus Proctor** is with **Gilbert Bowling** and **3 others** at **Charles County Government**.

Sep 12, 2023 · 🌐

This morning, our Charles County Commissioners issued Proclamation 2023-66, declaring next Friday, September 22, 2023, as Law Enforcement Torch Run for Special Olympics Maryland Day, here in Charles County. This proclamation will allow all Charles County Government employees to wear their 2023 Torch Run tee shirts to work on the 22nd, or participate in the Torch Run/Walk itself (4 hours of Admin Leave). Thank you again to our County Commissioners as well as our County Administrator for supporting Charles County's Torch Run for Special Olympics Maryland!! **#SetTheStandard #CharlesCountyTorchRun #LETR #SpecialOlympicsMaryland**

  

+2

 51                          1 share

||| ○ <

 **Amanda Stewart** ⋯
Aug 1, 2023 · 🌐

National Night Out 2023!! I hope everyone
had a great night.  It is always nice being
out in the community. The best part for
me was going into a community meeting
cousins I had never met before.  And then
them calling family and speaking to family
I haven't seen for a few years. #family
#cousins #Nationalnightout2023

 

👍❤️ 31                                    1 comment


 **Amanda Stewart**  •••
Jul 25, 2023 · 🌐

**#freeschoolsupplies**
**#charlescountystudents** SATURDAY,
AUGUST 5, 2023 AT 10 AM – 1 PM
Commissioner Stewart's Annual
Back-to-School Community Fiesta
Location: Regency Stadium Blue Crabs
Baseball - Registration is Required
**https://tinyurl.com/56w8e999**.



👍❤️ 16                    6 comments  5 shares

 Like               Share

 **Amanda Stewart** ⋯
Jun 8, 2023 · 🌐

TODAY!!!

Join me at my next town hall meeting.

Topic: Public Safety with special guest Sheriff Troy Berry
Date: Thursday, June 8, 2023
Time: 6:00 PM
Location:
Waldorf Senior and Recreational Center
90 Post Office Road
Waldorf, MD

Join us for an important town hall meeting focused on public safety in our community! As concerns and questions arise regarding the well-being of our residents, this gathering will provide a platform for open dialogue and collaboration. Mark your calendars and invite your neighbors to join us at the town hall meeting to contribute to the collective effort of building a safer, stronger community for all. Your voice matters!


 **Amanda Stewart**
Jun 2, 2023 · 🌐

Join me at my next town hall meeting.

Topic: Public Safety with special guest
Sheriff Troy Berry
Date: Thursday, June 8, 2023
Time: 6:00 PM
Location:
Waldorf Senior and Recreational Center
90 Post Office Road
Waldorf, MD

Join us for an important town hall meeting focused on public safety in our community! As concerns and questions arise regarding the well-being of our residents, this gathering will provide a platform for open dialogue and collaboration. Mark your calendars and invite your neighbors to join us at the town hall meeting to contribute to the collective effort of building a safer, stronger community for all. Your voice matters!



 
 **Amanda Stewart**
Feb 7, 2023 · 🌐

Are you interested in adding input on the project plan for our New Waldorf Park (and other parks)?  If so, please join us at the in-person meeting today at the Waldorf Senior and Recreational Center, 6:00 - 8:00 pm (registration not required).

A virtual option will be offered on February 8, 2023 6:00 - 8:00 pm. Registration is required for the virtual option.  Scan the QR code below for more information. **#waldorfparks #charlescountymd #charlescounty https://www.charlescountyparks.com /about-us/development**



**COMMUNITY MEETINGS**
Waldorf Park, Popes Creek Waterfront Park, and La Plata Farm Park

**WE WANT TO HEAR FROM YOU!**

The Department of Recreation, Parks, and Tourism is in the development phase of three new parks in Charles County – Waldorf Park, Popes Creek Waterfront Park, and La Plata Farm Park. Citizens are invited to view the park plans and concepts developed by the Project Planning Task Force, department staff, and consultants and provide input at two upcoming community meetings.

IN-PERSON MEETING        VIRTUAL MEETING

| | ○ | ‹ |

## Amanda Stewart ⋯

### Intro


+ 4

**Featured**

### Photos

See all photos





**Amanda Stewart**
April 23, 2024 · 🌐

Town Hall Meeting on April 25, 2024, at 6:00 pm EST. Trinity Baptist Church (2671 Mattawoman Beantown Rd, Waldorf, MD 20601) Topic: Waldorf Stations - Special Guest Greenberg Gibbons

GGCOMMERCIAL.COM
**Waldorf Station | Greenberg Gibbons**

👍❤️😢 9                    1 comment  4 shares

👍 Like                        ↪ Share

**Michael Mallinoff**
Certainly better then the super Walmart they wanted to put there. Too bad the State shot down the light rail.
1y   Like



**Amanda Stewart**




**+ 4**

Featured

## Photos

See all photos





 **Amanda Stewart**
November 15, 2024 · 🌐

Stay Connected with Commissioner Amanda Stewart, Ed.D.!

Want to stay updated on important community news, events, and initiatives? Sign up for my newsletter today! 📥

By joining, you'll receive:... **See more**



VISITOR.R20.CONSTANTCONTACT.COM
**Elect Amanda Stewart : Sign Up to Stay in Touch**

 2

👍 Like       ➤ Share

 **Amanda Stewart** is with **Pinefield Neighborhood** and **Pinefield Historian**.
November 14, 2024 · 🌐

Please join me and Commissioner **Gilbert BJ Bowling** on November 19,2024 for a joint town hall meeting at the **Charles County Government** building. 7:00 pm.





**Amanda Stewart**

## Intro



+ 4

Featured

## Photos

See all photos





Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies ·
More

**Amanda Stewart**
July 19, 2024 · 🌐

Happy Friday. Sometimes as a County Commissioner, I have the opportunity to make a huge impact on communities. Other times, the impact can be smaller. However, both are important. While in the community earlier this year, I was shown a poorly made walking path for students and their families on Vivian Adams Drive!!! Well with this years budget, I requested funds to make a sidewalk. My only request, please have it done before school starts in the fall. Well, county employees did a great job!! The sidewalk is complete.



## Amanda Stewart





+ 4

Featured

## Photos                    See all photos



---

Join me tomorrow 10 am. #backtoschoolfiesta  See post below for more information.



 **Charles County Government** ✔
August 7, 2024 · 🌐

Mark your calendars! Join Commissioner Stewart this Saturday, August 10 from 10 a.m.-1 p.m. at Regency Furniture Stadium for the 10th annual Back to School Community Fi... **See more**

👍 2                                            1 share

👍 Like                              ↪ Share

 **Amanda Stewart**


+ 4
Featured

## Photos

See all photos



 **Amanda Stewart**
September 25, 2024 · 🌐

I am proud to announce that St. John's Properties held their ground breaking ceremony today. The property is located on Berry Rd. The project is projected to bring over 2300 jobs to the county. This site will include more than 600,000 square feet of flex/R&D and retail space and offers pad site opportunities.

It has been a pleasure working with the St. John's team to make this a reality. #WelcomeToTheNeighborhood



## Amanda Stewart



+ 4

Featured

**Photos**   See all photos



 **Amanda Stewart**

 **Amanda Stewart**
October 27, 2024 · 🌐

TOWN HALL MEETING
Topic: Charter Form of Government in Charles County
Date: Monday, October 28, 2024
Time: 6:00 PM
Location: Waldorf Senior and Recreational Center
90 Post Office Rd., Waldorf, MD 20602

All Charles County residents are intived to participate in this important discussion on the potential adoption of a Charter form of government.

This town hall meeting is a great opportunity to learn more, ask questions, and share your thoughts on how this change could shape the future governance of our county. Don't miss this chance to get informed and involved!

I look forward to seeing you tomorrow evening and hearing your valuable insights on this important topic. Don't miss this opportunity to be part of the conversation!



## Amanda Stewart



 **+ 4**

Featured

### Photos

See all photos







**Amanda Stewart**
December 9, 2024 · 🌐

TODAY!!!
I want to hear from YOU! Share your thoughts, ask questions, and engage in meaningful dialogue about the future of our county.
🗣️ Dr. Stewart's Town Hall Meeting
Topic: "Moving Forward"
📅 Date: Monday, December 9, 2024
⏰ ... **See more**



## Amanda Stewart





+ 4

Featured

### Photos

See all photos






**Amanda Stewart** is with **Liz Brown** at **Greater Waldorf Jaycees**.

December 12, 2024 · Waldorf · 🌐

Guess who I saw this morning! Santa Claus. I am on his nice list!! Had an amazing morning at the 2024 Charles County Government Senior Christmas Breakfast.







+ 4

Featured

## Photos

See all photos



---

**Amanda Stewart**
March 7, 2024 · 🌐

A reminder to join me, Commissioner Amanda M. Stewart, M.Ed. (District 3) at her Town Hall Meeting on Saturday, March 9 at 10 a.m. at Waldorf Senior and Recreational Center (90 Post Office Road, Waldorf).



**Amanda M. Stewart, M.Ed.**
CHARLES COUNTY COMMISSIONER, DISTRICT 3



**Charles County Government** ✔
March 5, 2024 · 🌐

A reminder to join Commissioner Amanda M. Stewart, M.Ed. (District 3) at her Town Hall Meeting on Saturday, March 9 at 10 a.m. at Waldorf Senior and Recreational Center... **See more**

👍❤ 24                    1 comment  1 share

👍 Like                         ↪ Share



Robert Beasley
Key Key          ...

 

 **Amanda Stewart** added a new ···
photo.

Aug 6, 2025 · 🌐


 **Amanda Stewart**
Oct 3, 2025 · 🌐                              •••

I am excited to share that the Maryland Democratic Party will be making a stop right here in Charles County as part of their Statewide Talk-Back Tour!

Date: Saturday, October 4, 2025
Time: 10:00 – 11:00 a.m. (EDT)
Location: Hamilton Center II: 3261 Old Washington Rd, Suite 2030, Waldorf, MD 20603

This is a unique opportunity to engage directly with party leaders, share your concerns, ask questions, and make sure your voice is heard.

To register for the event click below.

I hope you will join me for this important conversation about the future of our community and state. Together, we can make a difference.



**Amanda Stewart**
Aug 6, 2025 · 🌐

What a night! 🎉 I had a blast participating in National Night Out 2025 and connecting with our amazing community! I visited six neighborhoods filled with energy, love, and unity. From music and food to meaningful conversations, it was a joy to see neighbors coming together to celebrate safety, togetherness, and community pride.

Thank you to everyone who welcomed me with open arms. Your hospitality and spirit made the evening unforgettable.

Check out some of my favorite moments from the night 📷👇
#NationalNightOut2025
#CharlesCountyStrong
#CommunityMatters #TogetherWeThrive

  

 

⚙ FILTERS　　RECENT POSTS　　POSTS YOU'VE SEE

 **Amanda Stewart**　　⋯

◯ Meta AI image · Mar 24, 2025 · 🌐

TOWN HALL MEETING – MARCH 25, 2025

The Charles County Commissioners will be holding a Town Hall Meeting tomorrow, Tuesday, March 25 at 6:00 PM at the Charles County Government Building.

This is an in-person only event – there will be no virtual option.

I'm asking everyone to please come out, share your thoughts, ask questions, and make your voice heard. This is your chance to speak directly to county leadership about the issues that matter to you and our community.

Let's pack the room and make sure your voices are in the room!

#CharlesCounty #TownHallMeeting #SpeakUpCharles #CommunityMatters



 
 **Amanda Stewart**
Aug 5, 2025 · 🌐

Join me this Saturday, August 9, 2025. Back to School Fiesta!!! **#newlocation**

 **Charles County Government** ✔ ·
**Follow**
Aug 1, 2025 · 🌐

Happy first day of August and National Back to School Month! Mark your calendars for Commissioner Dr. Amanda Stewart's annual Back to School Community Fiesta, scheduled for Saturday, August 9, 2025 from 10 a.m.-noon.

This event will be held at the new Sports & Wellness Complex parking lot (11170 Mall Circle, Waldorf). Don't miss out - the first 350 students will receive a backpack! ✏️📚🎒



 

 **Amanda Stewart** •••
Nov 19, 2025 ·

Our responsibility for protecting our watershed is a responsibility I take seriously. This is evident in the way I vote and the points I make during our discussions. This responsibility comes with a focus of balance. Conservation should never be a bad word. Conservation should be a word that sparks healthy debate and ends with positive solutions.

 **Conservancy for Charles County**
· **Follow**
Nov 19, 2025 · 

MAJOR LEGAL VICTORY FOR WATERSHED PROTECTION... See more

 20                    3 comments  1 share

👍 Like                    ↪ Share