UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DERRICK N. TERRY** | | Cause No.:    **8:26-cv-712** |
| | Plaintiff/Petitioner | Hearing Date: |
| vs. | | |
| **AMANDA M. STEWART** | | DECLARATION OF SERVICE OF |
| | Defendant/Respondent | **Complaint; Summons** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of April, 2026** at **4:31 PM** at the address of **2517 Dowitcher Ct, Waldorf, Charles County, MD 20601**; the undersigned served the above described documents upon **Amanda M. Stewart** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Amanda M. Stewart, I delivered the documents to Amanda M. Stewart with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$78.00**

Declarant hereby states under penalty of perjury under the laws of the State of Maryland that the statement above is true and correct.

Date:  04/02/2026

**Amadi Brown**

Amadi Brown

4016 terrytown Ct, Upper Marlboro, MD 20772

571-504-3444


